UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MAURICE D. WILSON, | ) | NO. CV 08-810 SGL (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 23, 2009

STEPHEN G. LARSON
United States District Judge